# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-23576 EPK  
**Case Name:** BAYVIEW CONSTRUCTION CORPORATION  
**Period Ending:** 06/30/16

**Trustee:** (290840)   Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 06/07/13 (f)  
**§341(a) Meeting Date:** 07/15/13  
**Claims Bar Date:** 10/15/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | JPMORGAN CHASE BANK, NA CHECKING ACCOUNT #2529 (<br>   NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 2 | JPMORGAN CHASE BANK, NA PAYROLL ACCOUNT #5129 | 23.17 | 23.17 | | 0.00 | FA |
| 3 | PNC BANK, NA CHECKING ACCOUNT #3543<br>   NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 4 | REFUND OF GENERAL LIABILITY POLICY FOR WORKER'S<br>   CNA INSURANCE VERIFIEDY POLICY CANCELLED BACK IN MAY 2013.  THERE IS NO OUTSTANDING PREMIUMS AND NO REFUND DUE ON THIS POLICY. | Unknown | 0.00 | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE<br>   COMMUNITY ASPHALT     - $  2,725.32-DEMAND LETTER RETURNED UNDELIVERABLE<br>HAMPTON INN PR-HOTEL   - $ 60,582.04 (COMPANY DEFUNCT-NOTE: PART OF NEETA SETTLEMENT--SEE ASSET#9)<br>SOUTHWEST AREA<br>   BUS COMPLEX  (TGSV)   - $  4,738.72-DEMAND LETTER SENT-CONTACT MADE-ONCE CONSTRUCTION PROJECT IS COMPLETE, PAYMENT WILL BE SENT.  PAYMENT RECEIVED ON 2-23-2015 | 1,346,994.93 | 68,046.08 | | 4,738.72 | FA |
| 6 | CONTINGENT ACCOUNTS RECEIVABLE<br>   PLEASE SEE ASSETS #'s: 8, #9 & #11 WHICH | 2,580,772.30 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-23576 EPK
**Case Name:** BAYVIEW CONSTRUCTION CORPORATION
**Period Ending:** 06/30/16

**Trustee:** (290840)   Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 06/07/13 (f)
**§341(a) Meeting Date:** 07/15/13
**Claims Bar Date:** 10/15/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | REPRESENTS THIS ASSET. | | | | | |
| 7 | MISCELLANEOUS REFUNDS (u) | 447.12 | 447.12 | | 447.12 | FA |
| 8 | BAYVIEW CONSTR v JOMAR PROPERTIES, etal<br>  JUDGMENT ALSO AGAINST BONDING COMPANY.<br>CASE NO: 07-865CA MARTIN COUNTY FL.  SEE SOFA<br>#4. - PART OF ASSET #6.  APPELLATE CASE NO:<br>4D13-2159<br><br>THESETTLEMENT RECEIVED BASED ON THE<br>DISTRICT COURT RULING. PAY'T PER ECF#41 DATED<br>3-31-2015 (ADV CASE #13-01750-EPK).  PURSUANT<br>TO THE SETTLEMENT, THE ESTATE RECEIVED THE<br>FACE VALUE OF THE JUDGMENT, BUT THAT<br>JUDGMENT ALSO GAVE THE ESTATE THE RIGHT TO<br>RECOVER ATTORNEY FEES AND THAT LITIGATION IS<br>STILL OPEN AND PENDING. | 0.00 | 1,122,526.08 | | 1,206,499.00 | 0.00 |
| 9 | BAYVIEW CONSTR v NEETA<br>   CASE NO: 512011CA6180 MARTIN COUNTY, FL.<br>SEE SOFA #4<br>PART OF ASSET#6--<br>PAY'T PER ECF#114 DATED 5-16-2014 | 0.00 | 419,500.00 | | 419,500.00 | FA |
| 10 | BP OIL SPILL CLAIM  (u)<br>   TORT CLAIM: DEEPWATER HORIZON SETTLEMENT | 0.00 | 0.00 | OA | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 13-23576 EPK  
**Case Name:** BAYVIEW CONSTRUCTION CORPORATION  
**Period Ending:** 06/30/16

**Trustee:** (290840)   Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 06/07/13 (f)  
**§341(a) Meeting Date:** 07/15/13  
**Claims Bar Date:** 10/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | NOTICE OF ABANDONMENT FILED 2-17-2015 --ECF# 160 |  |  |  |  |  |
| 11 | BAYVIEW CONSTR v A.A. IANNACONE ELECTRICAL CONTRACTORS, INC.- FINAL JUDGMENT ST. LUCIE COUNTY CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT CASE #562010CA003919)<br>PART OF ASSET#6<br>COMPANY IS DEFUNCT AND JUDGMENT IS NOT COLLECTIBLE. | 237,780.03 | 237,780.03 |  | 0.00 | FA |
| 12 | ADVERSARY COMPLAINT: BAKST v IMS/AMERICAN LLC  (u)<br>ADVERSARY CASE NO: 14-01139-EPK (BAKST v IMS/AMERICAN, LLC. TRUSTEE'S COMPLAINT TO AVOID AND TO RECOVER PREFERENTIAL TRANSFERS FILED ON 1-28-2014 (ECF#1)<br>PAY'T PER ECF #145 DATED 1-22-2015 | 37,701.82 | 37,701.82 |  | 6,500.00 | FA |
| 13 | INSURANCE CLAIM-FAULTY WORK ON JOMAR PROJECT  (u)<br>AS A RESULT OF JUDGMENT-REFER TO ASSET #8-TRUSTEE'S SPECIAL COUNSEL DETERMINED ESTATE HAS NO CLAIM AGAINST INSURANCE COMPANY--NO VALUE. | 400,000.00 | 400,000.00 |  | 0.00 | FA |
| 14 | ATTORNEY FEE AWARD-STATE COURT  (u)<br>SEE SOFA 4.  STATE COURT CASE NO: 4D12-3081-PAY'T PER ECF #100 DATED 2-25-2014 | 12,000.00 | 12,000.00 |  | 12,000.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 13-23576 EPK
**Case Name:** BAYVIEW CONSTRUCTION CORPORATION
**Period Ending:** 06/30/16

**Trustee:** (290840)    Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 06/07/13 (f)
**§341(a) Meeting Date:** 07/15/13
**Claims Bar Date:** 10/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | COMPLETE ELECTRIC, INC.-PREFERENCE PAYMENT (u)<br>  PAY'T PER MOTION (ECF#93) ORDER ECF #109 DATED 4-2-2014 | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| 16 | ADVERSARY COMPLAINT: BAKST v VM IRON WORKS & (u)<br>  STRUCTURAL STEEL CORP. (ADV CASE NO: 14-01223-EPK)<br>PAY'T PER ECF # 133 DATED 8-4-2014 | 14,399.20 | 14,399.20 | | 7,200.00 | FA |
| 17 | ADVERSARY COMPLAINT: BAKST v COASTAL LAND DEV OF (u)<br>  MARTIN COUNTY, INC. (ADV CASE NO: 14-01224-EPK)<br>PAY'T PER ECF #144 DATED 1-22-2015. | 34,476.61 | 34,476.61 | | 6,500.00 | FA |
| 18 | ADVERSARY COMPLAINT: BAKST v METRO-FIRE (u)<br>  PROTECTION SERVICES, INC.- (ADV CASE NO: 14-01225-EPK): TRUSTEE HAS SETTLED THIS ADVERSARY FOR THE PREFERENCE PAYMENTS IN THE AMOUNT OF $3,000.00. MOTION FILED 5-15-2014 (ECF#116). PER C.O. DATED 6-13-2014--ECF#121 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 19 | COMPLETE COOLING-PREFERENCE PAYMENT (u)<br>  MOTION FILED 5-15-2014 (ECF#117). PER C.O. DATED 6-23-2014--ECF#125. OVERPAID BY $52.48, EX PARTE MOTION TO REFUND OVERPAYMENT IN PROCESS. GDG | 3,300.00 | 3,300.00 | | 3,352.48 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 5

**Case Number:** 13-23576 EPK  
**Case Name:** BAYVIEW CONSTRUCTION CORPORATION  
**Period Ending:** 06/30/16

**Trustee:** (290840)    Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 06/07/13 (f)  
**§341(a) Meeting Date:** 07/15/13  
**Claims Bar Date:** 10/15/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | REFUND FROM OVERPAYMENT OF REEMPLOYMENT TAX (u) TAX QTR-0212 | 116.99 | 116.99 | | 116.99 | FA |
| 21 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | **Assets**   **Totals**  (Excluding unknown values) | **$4,680,012.17** | **$2,362,317.10** | | **$1,678,854.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

CBD: 10-15-2013.  (ON CLIM #1 FILED BY CREDITOR PNC, THE TRUSTEE AND PNC HAS REACHED AN AGREEMENT.  REFER TO MOTION FILED ON MARCH 23, 2015[ECF#166} PARAGRAPH 9, IN WHICH PNC WILL BE PAID $700,000.00 FROM THE JOMAR RECOVERY AND WILL HAVE AN UNSECURED CLAIM IN THE ESTATE FOR $345,648.99.  ORDER ENTERED ON MOTION [ECF#166] WITH CREDITOR, PNC.  TRUSTEE SHALL PAY PNC BANK, N.A. $700,000 FROM THE JOMAR RECOVERY AS DEFINED IN THE STIPULATION AND PNC BANK, N.A. SHALL HAVE AN ALLOWED UNSECURED CLAIM IN THE AMOUNT OF $345,648.99, ENTERED ON  5-7-2015--ECF#179.
----CLAIM NO"S: 10 THRU 13 and 15 THRU 17 ARE PART OF THE ADVERSARY ASSOCIATED WITH SUBCONTRACTOR RECOVERY FUND.  SEE STATUS BELOW.  GDG

TAX RETURN:  8-26-2013:  ACCOUNTANT EMPLOYED.  -02/26/14:  CERTIFIED MAIL TO IRS MAILING THE 2013 F-1096 AND 1099-MISC FORMS (PHILADELPHIA, PA & AUSTIN, TX).  GDG
--08/29/14: 2013 F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATI, OH).  GDG
--9-10-2015: 2014 F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATIE, OH).  GDG
--03/10/16:  2015 F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATIE, OH).  GDG


CASE STATUS:  TRUSTEE EMPLOYED SPECIAL COUNSEL JON D. DERREVERE, ESQ AND DERREVERE HAWKES BLACK & COZAD TO HANDLE VARIOUS CONSTRUCTION LITIGATION MATTERS PENDING IN STATE CIRCUIT COURT AND STATE APPELLATE COURT CONCERNING DISPUTES WITH JOMAR PROPERTIES, LLC, NUMEROUS SUBCONTRACTORS RECOVERY ENTITIES, AND NEETA HOTEL AND ANDERSEN BANK (COLLECTIVELY, THE "STATE

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

| Case Number: | 13-23576 EPK | Trustee: | (290840) Michael R. Bakst, Trustee |
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Filed (f) or Converted (c): | 06/07/13 (f) |
| | | §341(a) Meeting Date: | 07/15/13 |
| Period Ending: | 06/30/16 | Claims Bar Date: | 10/15/13 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

CIRCUIT AND APPELLATE MATTERS"). ORDER ENTERED JULY 31, 2013 (ECF#46).   THE SETTLEMENT RECEIVED BASED ON THE DISTRICT COURT RULING. PAY'T PER ECF#41 DATED 3-31-2015 (ADV CASE #13-01750-EPK). PURSUANT TO THE SETTLEMENT, THE ESTATE RECEIVED THE FACE VALUE OF THE JUDGMENT, BUT THAT JUDGMENT ALSO GAVE THE ESTATE THE RIGHT TO RECOVER ATTORNEY FEES AND THAT LITIGATION IS STILL OPEN AND PENDING.   NEETA WAS FULLY RESOLVED AND SPECIAL COUNSEL PAID  IN FULL[ECF#114]. THE FOURTH DISTRICT COURT OF APPEAL RESOLVED THE JOMAR MATTER, AND THAT RECOVERY IS REFLECTED AT ASSET#8 ABOVE.  THE MARTIN COUNTY CIRCUIT COURT IS IN THE PROCESS OF DETERMINING ATTORNEYS' FEES AWARDED AS WELL AS TO THE TRUSTEE PER THE FOURTH DISTRICT COURT OF APPEAL'S RULING.  THIS MATTER IS  ON THE STATE COURT DOCKET FOR JULY 18, 2016.  AN EXPERT WITNESS WAS PURUSANT TO COURT ORDER [ECF#207].

ADVERSARY COMPLAINT FILED ON JULY 30, 2015[ECF#1-ADV]- ADVERSARY CASE NO: 15-01510-EPK (BAKST vs SUBCONTRACTOR RECOVERY FUND, LLC (SRF))  NATURE OF SUIT: SUBORDINATION OF CLAIM OR INTEREST IN CLAIM #'s: 10, 11, 12, 13, 15, 16 AND 17 AND ALLOW AS UNSECURED CLAIMS AND AWARDING ANY OTHER RELIEF THE COURT DEEMS JUST AND PROPER.

STATUS:  THIS ADVERSARY CASE IS IN THE DISCOVERY PHASE WITH DEPOSITIONS AND DOCUMENT PRODUCTIONS.  THERE IS A PRE-TRIAL CONFERENCE SCHEDULED FOR AUGUST 10, 2016.  THE TRUSTEE ANTICIPATES ADDITIONAL DEPOSITIONS IN THIS ADVERSARY PROCEEDING.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016      **Current Projected Date Of Final Report (TFR):**  January 31, 2018

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee (290840) |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***9204 | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/13 | {7} | BROWN & BROWN OF FLORIDA, INC/ BAYVIEW CONSTRUCTION | REFUND ON BOND #105259320 "UNDERRUN ON MARTIN COURT AQUATICS CENTER PROJECT" | 1229-000 | 441.37 | | 441.37 |
| 06/28/13 | {7} | UPS/ BAYVIEW CONSTRUCTION CORPORATION | REFUND OF UNUSED ADJUSTMENT CREDIT | 1229-000 | 5.75 | | 447.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 437.12 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 427.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 417.12 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 407.12 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 397.12 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 387.12 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 377.12 |
| 02/10/14 | {14} | JOMAR PROPERTIES, LLC/ BAYVIEW CONSTRUCTION CORPORATION | PAY'T PER ECF#100 DATED 2-25-2014 ( JUDGMENT & BREACH OF CONTRACT ) | 1229-000 | 12,000.00 | | 12,377.12 |
| 02/18/14 | {15} | COMPLETE ELECTRIC, INC/ BAYVIEW CONSTRUCTION CORPORATION | PAY'T PER ECF#109 DATED 4-2-2014 ( PREFERENCE PAYMENT ) | 1241-000 | 9,000.00 | | 21,377.12 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 21,362.96 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.70 | 21,333.26 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.73 | 21,300.53 |
| 05/16/14 | {9} | PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY | PAY'T PER ECF#114 DATED 5-16-2014 (FOR "SPS" SETTLEMENT) | 1121-000 | 20,000.00 | | 41,300.53 |
| 05/21/14 | {9} | AUTO OWNERS INSURANCE | PAY'T PER ECF#114 DATED 5-16-2014 (FOR "SUOJANEN ENTERPRISES, INC.SETTLEMENT) | 1121-000 | 7,500.00 | | 48,800.53 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.06 | 48,756.47 |

Subtotals :    $48,947.12    $190.65

{} Asset reference(s)

Printed: 07/22/2016 11:47 AM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-23576 EPK | | Trustee: | Michael R. Bakst, Trustee (290840) |
|---|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***9204 | | Blanket Bond: | $129,177,000.00  (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/14 | {19} | COMPLETE COOLING & HEATING SERVICES, INC | Acct #2; Payment #1; Acct #2; Payment #1; PAY'T PER ECF#125 DATED 6-23-2014 ( PREFERENCE) OVERPAID BY $52.48. IN PROCESS OF REFUNDING. | 1241-000 | 3,352.48 | | 52,108.95 |
| 06/25/14 | {9} | ACCEPTANCE INDEMNITY INSURANCE COMPANY | PAY'T PER ECF#114 DATED 4-29-2014 (CAUSE OF ACTION) | 1121-000 | 10,000.00 | | 62,108.95 |
| 06/25/14 | {9} | ZIMMERMAN, KISER & SUTCLIFFE, PA | PAY'T PER ECF#114 DATED 4-29-2014 (CAUSE OF ACTION) | 1121-000 | 120,000.00 | | 182,108.95 |
| 06/25/14 | {9} | 1ST UNITED BANK | PAY'T PER ECF#114 DATED 4-29-2014 (CAUSE OF ACTION) | 1121-000 | 262,000.00 | | 444,108.95 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.86 | 444,003.09 |
| 07/03/14 | 101 | COMPLETE COOLING AND HEATING SERVICES, INC. | PAY'T PER ECF#128 DATED 6-24-2014 ( REFUND OF OVERPAYMENT) | 1290-002 | -52.48 | | 443,950.61 |
| 07/07/14 | {18} | METRO FIRE SPRINKLER SERVICES, INC | Acct #1; Payment #1: PAY'T PER ECF#121 DATED 6-13-2014 ( PREFERENCE) | 1241-000 | 3,000.00 | | 446,950.61 |
| 07/11/14 | 102 | DERREVERE HAWKES BLACK & COZAD | PAY'T PER ECF#114 DATED 4-29-2014 (SPECIAL COUNSEL FEES & EXPENSES) | | | 44,266.92 | 402,683.69 |
| | | | 41,900.00 | 3210-000 | | | 402,683.69 |
| | | | 2,366.92 | 3220-000 | | | 402,683.69 |
| 07/11/14 | 103 | CLASSIC FLOORS FERRAZANO | SETTLEMENT IN FULL PER ECF#114 DATED 4-29-2014 | 4210-000 | | 55,000.00 | 347,683.69 |
| 07/11/14 | 104 | BALANCED AIR, INC. | SETTLEMENT IN FULL PER ECF#114 DATED 4-29-2014 | 4210-000 | | 27,500.00 | 320,183.69 |
| 07/11/14 | 105 | TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | SETTLEMENT IN FULL PER ECF#114 DATED 4-29-2014 | 4210-000 | | 137,334.00 | 182,849.69 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 571.69 | 182,278.00 |
| 08/07/14 | {16} | V.M. IRON WORK & STRUCTURAL STEEL CORP. | Acct #3; Payment #1; PAY'T PER ECF#133 DATED 08/04/14 ( ADVERSARY 14-01223) | 1241-000 | 2,400.00 | | 184,678.00 |

Subtotals :   $400,700.00   $264,778.47

{} Asset reference(s)

Printed: 07/22/2016 11:47 AM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee (290840) |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***9204 | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.87 | 184,422.13 |
| 09/08/14 | {16} | V.M.IRON WORK AND STRUCTURAL STEEL CORP | Acct #3; Payment #2; PAY'T PER ECF#133 DATED 08/04/14 ( ADVERSARY 14-01223) | 1241-000 | 2,400.00 | | 186,822.13 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.36 | 186,536.77 |
| 10/09/14 | 106 | BUILDERS INSULATION OF FLORIDA, LLC | PAY'T PER FINAL JGT IN GARNISHMENT, PASCO CTY CIRCUIT COURT, CAF #08CA01150XXXXES(51)J4 (BUILDERS INSULATION V. TURNER WALL SYSTEMS) AND ORDER [ECF#114] DATED 04/29/14 | 4210-000 | | 20,000.00 | 166,536.77 |
| 10/21/14 | {16} | V.M.IRON WORK AND STRUCTURAL STEEL CORP | Acct #3; Payment #3; PAY'T PER ECF#133 DATED 08/04/14 ( ADVERSARY 14-01223) | 1241-000 | 2,400.00 | | 168,936.77 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.28 | 168,658.49 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.04 | 168,433.45 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 274.57 | 168,158.88 |
| 01/13/15 | {20} | STATE OF FLORIDA DEPARTMENT OF FINANCIAL SERVICES | REFUND OF OVERPAYMENT VIA ADP FOR PERIODS 01/01/12-03/31/12 | 1229-000 | 116.99 | | 168,275.87 |
| 01/27/15 | {12} | IMS / American LLC | PAY'T PER ECF#145 DATED 1-22-2015 (SETTLES ADV #14-01139-EPK)     ) | 1241-000 | 6,500.00 | | 174,775.87 |
| 01/30/15 | {17} | COASTAL LAND DEVELOPMENT OF MARTIN COUNTY, INC | PAY'T PER ECF#144 DATED 1-22-2015 (SETTLEMENT OF ADV #14-01224-EPK) | 1241-000 | 6,500.00 | | 181,275.87 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.58 | 181,033.29 |
| 02/24/15 | {5} | TGSV ENTERPRISES, INC | ACCOUNTS RECEIVABLE | 1121-000 | 4,738.72 | | 185,772.01 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.54 | 185,529.47 |
| 03/03/15 | {8} | JON D. DERREVER, P.A. | PAY'T PER ECF#41 DATED 3-31-2015 (ADV CASE #13-01750-EPK)     ) | 1121-000 | 1,206,499.00 | | 1,392,028.47 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,846.48 | 1,390,181.99 |

Subtotals :    $1,229,154.71    $23,650.72

{} Asset reference(s)    Printed: 07/22/2016 11:47 AM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee (290840) |
| --- | --- | --- | --- |
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***9204 | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,999.57 | 1,388,182.42 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,930.14 | 1,386,252.28 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,126.85 | 1,384,125.43 |
| 07/10/15 | 107 | PNC BANK | PAY'T PER ECF#184 DATED 6-23-2015 (SECURED PORTION OF CLAIM 1) | 4210-000 | | 700,000.00 | 684,125.43 |
| 07/28/15 | 108 | DERREVERE HAWKES BLACK & COZAD | PAY'T PER ECF#191 DATED 7-13-2015 (INTERIM DISTRIBUTION OF FEES & COSTS) | | | 128,269.59 | 555,855.84 |
| | | | 126,682.39 | 3210-000 | | | 555,855.84 |
| | | | 1,587.20 | 3220-000 | | | 555,855.84 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,587.36 | 554,268.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 789.11 | 553,479.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 849.24 | 552,630.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 794.87 | 551,835.26 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 767.27 | 551,067.99 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 871.96 | 550,196.03 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 762.97 | 549,433.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 761.85 | 548,671.21 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 865.83 | 547,805.38 |
| 04/05/16 | 109 | MATRIX MEDIATION LLC | PAY'T PER ECF#207 DATED 3-22-2016 (FOR EXPERT WITNESS) | 2990-000 | | 950.00 | 546,855.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 758.77 | 546,096.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 757.22 | 545,339.39 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 860.58 | 544,478.81 |

Subtotals :   $0.00   $845,703.18

{} Asset reference(s)

Printed: 07/22/2016 11:47 AM    V.13.28

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee (290840) |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***9204 | Blanket Bond: | $129,177,000.00 (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,678,801.83 | 1,134,323.02 | **$544,478.81** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,678,801.83 | 1,134,323.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,678,801.83** | **$1,134,323.02** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9066** | 1,678,801.83 | 1,134,323.02 | 544,478.81 |
| | $1,678,801.83 | $1,134,323.02 | $544,478.81 |

{} Asset reference(s)  Printed: 07/22/2016 11:47 AM  V.13.28