# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:    BAYVIEW CONSTRUCTION CORPORATION    §   Case No. 13-23576-EPK
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Michael R. Bakst, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $3,218,575.50          Assets Exempt:   N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:   $993,334.06     Claims Discharged
                                                   Without Payment:  N/A

Total Expenses of Administration:  $747,967.77

3) Total gross receipts of $1,741,301.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,741,301.83 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 1,706,257.45 | 1,820,211.21 | 959,535.21 | 959,535.21 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 747,967.77 | 747,967.77 | 747,967.77 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,572.48 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,726,905.74 | 4,907,035.81 | 1,036,178.58 | 33,798.85 |
| **TOTAL DISBURSEMENTS** | **$3,433,163.19** | **$7,486,787.27** | **$2,743,681.56** | **$1,741,301.83** |

     4) This case was originally filed under Chapter 7 on 06/07/2013. The case was pending for 56 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2018     By: /s/ Michael R. Bakst, Trustee
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 4,738.72 |
| BAYVIEW CONSTR v JOMAR PROPERTIES, etal | 1121-000 | 1,268,999.00 |
| BAYVIEW CONSTR v NEETA | 1121-000 | 419,500.00 |
| ATTORNEY FEE AWARD-STATE COURT | 1229-000 | 12,000.00 |
| MISCELLANEOUS REFUNDS | 1229-000 | 447.12 |
| REFUND FROM OVERPAYMENT OF REEMPLOYMENT TAX | 1229-000 | 116.99 |
| ADVERSARY COMPLAINT: BAKST v COASTAL LAND DEV OF | 1241-000 | 6,500.00 |
| ADVERSARY COMPLAINT: BAKST v IMS/AMERICAN LLC | 1241-000 | 6,500.00 |
| ADVERSARY COMPLAINT: BAKST v METRO-FIRE | 1241-000 | 3,000.00 |
| ADVERSARY COMPLAINT: BAKST v VM IRON WORKS & | 1241-000 | 7,200.00 |
| COMPLETE COOLING-PREFERENCE PAYMENT | 1241-000 | 3,352.48 |
| COMPLETE ELECTRIC, INC.-PREFERENCE PAYMENT | 1241-000 | 9,000.00 |
| COMPLETE COOLING AND HEATING SERVICES, INC. | 1290-002 | -52.48 |
| **TOTAL GROSS RECEIPTS** | | **$1,741,301.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK, N.A. | 4110-000 | 1,000,000.00 | 1,045,648.99 | 700,000.00 | 700,000.00 |
| 2 | CUSTOM WELDING DIVERSIFIED, INC | 4110-000 | 0.00 | 10,817.20 | 0.00 | 0.00 |
| 7-3 | THE TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | 4110-000 | 425,000.00 | 504,209.81 | 0.00 | 0.00 |
| NOTFILED | AMERICAN EXPRESS BANK, FSB | 4210-000 | 193,257.45 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SRF, LLC | 4210-000 | 88,000.00 | 0.00 | 0.00 | 0.00 |
| | BALANCED AIR, INC. | 4210-000 | N/A | 27,500.00 | 27,500.00 | 27,500.00 |
| | BUILDERS INSULATION OF FLORIDA, LLC | 4210-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| | CLASSIC FLOORS FERRAZANO | 4210-000 | N/A | 55,000.00 | 55,000.00 | 55,000.00 |
| | TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | 4210-000 | N/A | 137,334.00 | 137,334.00 | 137,334.00 |
| G | AUTO-OWNERS INSURANCE COMPANY | 4220-000 | 0.00 | 19,701.21 | 19,701.21 | 19,701.21 |
| **TOTAL SECURED CLAIMS** | | | **$1,706,257.45** | **$1,820,211.21** | **$959,535.21** | **$959,535.21** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael R. Bakst, Trustee | 2100-000 | N/A | 75,489.05 | 75,489.05 | 75,489.05 |
| Michael R. Bakst, Trustee | 2200-000 | N/A | 1,875.18 | 1,875.18 | 1,875.18 |
| MATRIX MEDIATION LLC | 3721-000 | N/A | 950.00 | 950.00 | 950.00 |
| DERREVERE HAWKES BLACK & COZAD | 3210-000 | N/A | 46,066.92 | 46,066.92 | 46,066.92 |
| DERREVERE HAWKES BLACK & COZAD | 3210-000 | N/A | 180,974.85 | 180,974.85 | 180,974.85 |
| DERREVERE HAWKES BLACK & COZAD | 3220-000 | N/A | 1,587.20 | 1,587.20 | 1,587.20 |
| MARCUM, LLP | 3410-000 | N/A | 67,866.50 | 67,866.50 | 67,866.50 |
| MARCUM, LLP | 3420-000 | N/A | 341.29 | 341.29 | 341.29 |
| Rabobank, N.A. | 2600-000 | N/A | 27,360.74 | 27,360.74 | 27,360.74 |
| BURLINGTON & ROCKENBACH, P.A. | 2990-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| GREENSPOON MARDER, P.A. | 3110-000 | N/A | 330,782.00 | 330,782.00 | 330,782.00 |
| GREENSPOON MARDER, P.A. | 3120-000 | N/A | 7,674.04 | 7,674.04 | 7,674.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$747,967.77** | **$747,967.77** | **$747,967.77** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | GUY DOCKERILL&#039;S FLOOR EXPERTS | 5800-000 | 0.00 | 11,572.48 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$11,572.48** | **$0.00** | **$0.00** |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK, N.A. | 7100-000 | 0.00 | 1,045,648.99 | 345,648.99 | 11,300.65 |
| 2 | CUSTOM WELDING DIVERSIFIED, INC | 7100-000 | 5,000.00 | 10,817.20 | 10,817.20 | 353.66 |
| 3 | WALL-TECH OF TAMPA BAY, INC. | 7100-000 | 25,000.00 | 38,692.04 | 0.00 | 0.00 |
| 4 | CLASSIC FLOORS | 7100-000 | 65,000.00 | 103,758.30 | 0.00 | 0.00 |
| 5 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | 7100-900 | 42,650.79 | 42,650.79 | 42,650.79 | 1,394.42 |
| 6 | GUY DOCKERILL&#039;S FLOOR EXPERTS | 7100-000 | 4,985.00 | 11,572.48 | 11,572.48 | 378.35 |
| 7-3 | THE TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | 7100-000 | 0.00 | 444,152.44 | 444,152.44 | 14,521.12 |
| 8 | GARRARD CARPENTRY, INC | 7100-000 | 60,930.32 | 60,988.00 | 0.00 | 0.00 |
| 9 | LINKHORST & HOCKIN, P.A. | 7100-000 | 155,692.53 | 165,629.30 | 0.00 | 0.00 |
| 10 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 109,512.32 | 0.00 | 0.00 |
| 11 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 5,861.74 | 0.00 | 0.00 |
| 12 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 32,122.44 | 0.00 | 0.00 |
| 13 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 37,677.91 | 0.00 | 0.00 |
| 14 | RICHMAN GREER, PA | 7100-000 | 11,034.65 | 11,605.25 | 11,605.25 | 379.42 |
| 15 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 17,191.55 | 0.00 | 0.00 |
| 16 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 79,641.70 | 0.00 | 0.00 |
| 17 | SUBCONTRACTOR RECOVERY FUND, LLC | 7100-000 | 0.00 | 108,625.35 | 0.00 | 0.00 |
| 18 | JOMAR PROPERTIES, LLC | 7100-000 | 0.00 | 1,000.00 | 1,000.00 | 32.69 |
| 19 | JOMAR PROPERTIES, LLC | 7100-000 | 0.00 | 1,855,676.00 | 0.00 | 0.00 |
| 20-2 | JOMAR PROPERTIES, LLC | 7100-000 | 0.00 | 555,480.58 | 0.00 | 0.00 |
| 21 | STUART PAINT & SUPPLY, INC | 7100-000 | 0.00 | 119,651.20 | 119,651.20 | 3,911.88 |
| 22 | EQUITY TRUST COMPANY, CUSTODIAN FBO #Z153642 | 7100-001 | 22,334.93 | 35,619.09 | 35,619.09 | 1,164.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | 1st Fire & Security, Inc | 7100-000 | 3,645.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A&G Pools | 7100-000 | 5,672.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Acerbo, Inc | 7100-000 | 13,849.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Advanced Cleaning | 7100-000 | 2,800.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Airdog, LLC | 7100-000 | 50,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | All American Concrete | 7100-000 | 6,850.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | All Glass, Inc | 7100-000 | 2,408.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | All Specialty Sales, Inc | 7100-000 | 4,340.86 | 0.00 | 0.00 | 0.00 |
| NOTFILED | All Star Bleachers | 7100-000 | 18,831.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | All Star Flags | 7100-000 | 716.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Allied Office Trailers & Slora | 7100-000 | 878.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arnold Surveying | 7100-000 | 5,250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T Advertising Solutions | 7100-000 | 203.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Atlantic Coast Fire Equipment | 7100-000 | 6,525.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AWS Carpenter Contractors | 7100-000 | 1,320.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Balanced Air, Inc. | 7100-000 | 32,147.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bay Insultation of Florida | 7100-000 | 611.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Certified Building Contractors | 7100-000 | 21,540.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Stuart | 7100-000 | 6,137.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Coastl Land Development | 7100-000 | 17,904.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Coastline Landscape & Maintenance | 7100-000 | 73,119.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Creative Decking & Solutions | 7100-000 | 4,770.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cukpepper & Terpening, Inc. | 7100-000 | 2,497.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Daniel A. Hersherman | 7100-000 | 900.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Daniel Insulation, LLC | 7100-000 | 2,283.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DeLoreto Interiors, Inc. | 7100-000 | 3,148.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Design Kitchens | 7100-000 | 9,862.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dunford Company | 7100-000 | 2,084.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | East Coast Applicators, Inc. | 7100-000 | 3,219.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | East Coast Sod & Landscape | 7100-000 | 3,219.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eastern Powercoating Services | 7100-000 | 2,314.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eric H. Berkowitz, Esq. | 7100-000 | 1,298.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FDG Flagler Station II, LLC | 7100-000 | 1,254.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Source Supply | 7100-000 | 4,683.96 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Flamingo Shop Service Corp | 7100-000 | 36,208.88 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Florida Fence Rental, Inc. | 7100-000 | 383.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Florida Precast Industries, Inc. | 7100-000 | 10,200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freedom Waste Removal/Bremar I | 7100-000 | 1,941.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | GFA International | 7100-000 | 2,073.77 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gulf Coast Construction, Inc. | 7100-000 | 3,152.88 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gulfview Enterprises, Inc. | 7100-000 | 250.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gyp-Tech, Inc. | 7100-000 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IES Commercial, Inc. | 7100-000 | 65,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J&A Cleaning Services | 7100-000 | 900.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ken Ringe | 7100-000 | 325,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Key Mart, Inc. | 7100-000 | 44,011.86 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Labor Finders | 7100-000 | 1,314.01 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Life Safety Systems, Inc. | 7100-000 | 13,295.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LS Technologies, Inc. | 7100-000 | 598.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Master Mold Removers | 7100-000 | 421.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MCN Life Saver Pool Fence | 7100-000 | 1,757.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MDT Personnel, LLC | 7100-000 | 2,744.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mincey Bath Installations, Inc. | 7100-000 | 608.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mullins Crane, LLC | 7100-000 | 2,561.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Musco Sports Lighting, LLC | 7100-000 | 2,280.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Next Generation Construction | 7100-000 | 802.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Onshore Roofing Specialists, Inc. | 7100-000 | 1,336.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Peacocks Professional Cleaning | 7100-000 | 4,950.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Precise Painting of St. Lucie, Inc. | 7100-000 | 14,455.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Professional Insulators | 7100-000 | 6,200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ram Enterprises, Inc. | 7100-000 | 49,873.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rental Service Corporation | 7100-000 | 2,051.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RF Lusa & Sons Sheetmetal, Inc. | 7100-000 | 9,223.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RGF Enviromental Group | 7100-000 | 543.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Richard & Rice Construction, Co. | 7100-000 | 13,793.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Solar Energy Systems | 7100-000 | 1,487.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southwest Contracting Services | 7100-000 | 3,400.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SPS | 7100-000 | 107,675.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stanley Access Technologies | 7100-000 | 835.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Staples Credit Plan | 7100-000 | 719.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Starfish Holdings, LLC | 7100-000 | 150,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Storefront Specialist | 7100-000 | 4,500.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stucco Texture & Plaster, Inc. | 7100-000 | 8,753.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Suojanen Enterprises, Inc. | 7100-000 | 42,332.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tampa Bay Fire Protection, Inc. | 7100-000 | 4,992.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Presentation Group, Inc. | 7100-000 | 337.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toshiba Business Solutions | 7100-000 | 1,078.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trexlers Flooring, Inc. | 7100-000 | 14,947.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Turner Wall Systems | 7100-000 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Universal Engineering Sciences | 7100-000 | 299.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Legal Support, Inc. | 7100-000 | 1,014.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Velez Custom Cabinetry | 7100-000 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wayne-Dalton of Palm City | 7100-000 | 31,501.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DERREVERE HAWKES BLACK & COZAD | 7100-000 | 8,339.80 | 0.00 | 0.00 | 0.00 |
| X1 | CULPEPPER & TERPENING, INC. | 7200-000 | 0.00 | 2,384.65 | 2,384.65 | 0.00 |
| X2 | SUNCOAST STONE, INC. | 7100-000 | 1,850.00 | 1,850.00 | 1,850.00 | 60.48 |
| X3 | SUNCOAST STONE, INC. | 7100-000 | 0.00 | 9,226.49 | 9,226.49 | 301.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,726,905.74** | **$4,907,035.81** | **$1,036,178.58** | **$33,798.85** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Filed (f) or Converted (c): | 06/07/13 (f) |
| | | §341(a) Meeting Date: | 07/15/13 |
| Period Ending: | 01/09/18 | Claims Bar Date: | 10/15/13 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | JPMORGAN CHASE BANK, NA CHECKING ACCOUNT #2529 ( NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 2 | JPMORGAN CHASE BANK, NA PAYROLL ACCOUNT #5129 | 23.17 | 23.17 | | 0.00 | FA |
| 3 | PNC BANK, NA CHECKING ACCOUNT #3543 NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 4 | REFUND OF GENERAL LIABILITY POLICY FOR WORKER'S CNA INSURANCE VERIFIEDY POLICY CANCELLED BACK IN MAY 2013. THERE IS NO OUTSTANDING PREMIUMS AND NO REFUND DUE ON THIS POLICY. | Unknown | 0.00 | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE COMMUNITY ASPHALT    -  $  2,725.32-  DEMAND LETTER RETURNED UNDELIVERABLE HAMPTON INN PR-HOTEL    -   $  60,582.04 (COMPANY DEFUNCT-NOTE: PART OF NEETA SETTLEMENT--SEE ASSET#9) SOUTHWEST AREA   BUS COMPLEX  (TGSV)   -   $  4,738.72- DEMAND LETTER SENT-CONTACT MADE-ONCE CONSTRUCTION PROJECT IS COMPLETE, PAYMENT WILL BE SENT. PAYMENT RECEIVED ON 2-23-2015 | 1,346,994.93 | 68,046.08 | | 4,738.72 | FA |
| 6 | CONTINGENT ACCOUNTS RECEIVABLE PLEASE SEE ASSETS #'s: 8, #9 & #11 WHICH REPRESENTS THIS ASSET. | 2,580,772.30 | 0.00 | | 0.00 | FA |
| 7 | MISCELLANEOUS REFUNDS (u) | 447.12 | 447.12 | | 447.12 | FA |
| 8 | BAYVIEW CONSTR v JOMAR PROPERTIES, etal JUDGMENT ALSO AGAINST BONDING COMPANY. CASE NO: 07-865CA MARTIN COUNTY FL.  SEE SOFA #4. - PART OF ASSET #6.  APPELLATE CASE NO: 4D13-2159  THE SETTLEMENT RECEIVED BASED ON THE DISTRICT COURT RULING. PAY'T PER ECF#41 DATED 3-31-2015 (ADV CASE #13-01750-EPK).  PURSUANT TO THE SETTLEMENT, THE ESTATE RECEIVED THE FACE VALUE OF THE JUDGMENT, BUT THAT JUDGMENT ALSO GAVE THE ESTATE THE RIGHT TO RECOVER ATTORNEY FEES AND THAT LITIGATION IS STILL OPEN AND PENDING. | 0.00 | 1,122,526.08 | | 1,268,999.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 13-23576 EPK | **Trustee:** | Michael R. Bakst, Trustee |
| **Case Name:** BAYVIEW CONSTRUCTION CORPORATION | **Filed (f) or Converted (c):** | 06/07/13 (f) |
| | **§341(a) Meeting Date:** | 07/15/13 |
| **Period Ending:** 01/09/18 | **Claims Bar Date:** | 10/15/13 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | BAYVIEW CONSTR v NEETA CASE NO: 512011CA6180 MARTIN COUNTY, FL. SEE SOFA #4 PART OF ASSET#6-- PAY'T PER ECF#114 DATED 5-16-2014 | 0.00 | 419,500.00 | | 419,500.00 | FA |
| 10 | BP OIL SPILL CLAIM (u) TORT CLAIM: DEEPWATER HORIZON SETTLEMENT NOTICE OF ABANDONMENT FILED 2-17-2015 --ECF# 160 | 0.00 | 0.00 | OA | 0.00 | FA |
| 11 | BAYVIEW CONSTR v A.A. IANNACONE ELECTRICAL CONTRACTORS, INC.- FINAL JUDGMENT ST. LUCIE COUNTY CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT CASE #562010CA003919) PART OF ASSET#6 COMPANY IS DEFUNCT AND JUDGMENT IS NOT COLLECTIBLE. | 237,780.03 | 237,780.03 | | 0.00 | FA |
| 12 | ADVERSARY COMPLAINT: BAKST v IMS/AMERICAN LLC (u) ADVERSARY CASE NO: 14-01139-EPK (BAKST v IMS/AMERICAN, LLC. TRUSTEE'S COMPLAINT TO AVOID AND TO RECOVER PREFERENTIAL TRANSFERS FILED ON 1-28-2014 (ECF#1) PAY'T PER ECF #145 DATED 1-22-2015 | 37,701.82 | 37,701.82 | | 6,500.00 | FA |
| 13 | INSURANCE CLAIM-FAULTY WORK ON JOMAR PROJECT (u) AS A RESULT OF JUDGMENT-REFER TO ASSET #8- TRUSTEE'S SPECIAL COUNSEL DETERMINED ESTATE HAS NO CLAIM AGAINST INSURANCE COMPANY--NO VALUE. | 400,000.00 | 400,000.00 | | 0.00 | FA |
| 14 | ATTORNEY FEE AWARD-STATE COURT (u) SEE SOFA 4. STATE COURT CASE NO: 4D12-3081-PAY'T PER ECF #100 DATED 2-25-2014 | 12,000.00 | 12,000.00 | | 12,000.00 | FA |
| 15 | COMPLETE ELECTRIC, INC.-PREFERENCE PAYMENT (u) PAY'T PER MOTION (ECF#93) ORDER ECF #109 DATED 4-2-2014 | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| 16 | ADVERSARY COMPLAINT: BAKST v VM IRON WORKS & (u) STRUCTURAL STEEL CORP. (ADV CASE NO: 14-01223-EPK) PAY'T PER ECF # 133 DATED 8-4-2014 | 14,399.20 | 14,399.20 | | 7,200.00 | FA |

Page: 3

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Filed (f) or Converted (c): | 06/07/13 (f) |
| | | §341(a) Meeting Date: | 07/15/13 |
| Period Ending: | 01/09/18 | Claims Bar Date: | 10/15/13 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | ADVERSARY COMPLAINT: BAKST v COASTAL LAND DEV OF (u) MARTIN COUNTY, INC. (ADV CASE NO: 14-01224-EPK) PAY'T PER ECF #144 DATED 1-22-2015. | 34,476.61 | 34,476.61 | | 6,500.00 | FA |
| 18 | ADVERSARY COMPLAINT: BAKST v METRO-FIRE (u) PROTECTION SERVICES, INC.- (ADV CASE NO: 14-01225-EPK): TRUSTEE HAS SETTLED THIS ADVERSARY FOR THE PREFERENCE PAYMENTS IN THE AMOUNT OF $3,000.00.  MOTION FILED 5-15-2014 (ECF#116).  PER C.O. DATED 6-13-2014--ECF#121 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 19 | COMPLETE COOLING-PREFERENCE PAYMENT (u) MOTION FILED 5-15-2014 (ECF#117).  PER C.O. DATED 6-23-2014--ECF#125.  OVERPAID BY $52.48, EX PARTE MOTION TO REFUND OVERPAYMENT IN PROCESS. GDG | 3,300.00 | 3,300.00 | | 3,352.48 | FA |
| 20 | REFUND FROM OVERPAYMENT OF REEMPLOYMENT TAX (u) TAX QTR-0212 | 116.99 | 116.99 | | 116.99 | FA |
| 21 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$4,680,012.17** | **$2,362,317.10** | | **$1,741,354.31** | **$0.00** |

**Major activities affecting case closing:**

CBD:  10-15-2013.  CLAIM OBJECTIONS COMPLETE.  GDG

TAX RETURN:  8-26-2013:  ACCOUNTANT EMPLOYED.  -02/26/14:  CERTIFIED MAIL TO IRS MAILING THE 2013 F-1096 AND 1099-MISC FORMS (PHILADELPHIA, PA & AUSTIN, TX).  GDG
--08/29/14: 2013 F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATI, OH).  GDG
--9-10-2015: 2014 F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATI, OH).  GDG
--03/10/16: 2015 F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATI, OH).  GDG
--2-22-2017:  2016 (FINAL) F-1120S TAX RETURNS CERTIFIED MAIL TO IRS (PHILADELPHIA, PA & CINCINNATI, OH).  GDG

**Initial Projected Date of Final Report (TFR):**  December 31, 2016          **Current Projected Date of Final Report (TFR):**  March 17, 2017 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 13-23576 EPK | **Trustee:** | Michael R. Bakst, Trustee |
| **Case Name:** BAYVIEW CONSTRUCTION CORPORATION | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******9066 - Checking Account |
| **Taxpayer ID#:** **-***9204 | **Blanket Bond:** | $84,082,000.00 (per case limit) |
| **Period Ending:** 01/09/18 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/27/13 | Asset #7 | BROWN & BROWN OF FLORIDA, INC/ BAYVIEW CONSTRUCTION | REFUND ON BOND #105259320 "UNDERRUN ON MARTIN COURT AQUATICS CENTER PROJECT" | 1229-000 | 441.37 | | 441.37 |
| 06/28/13 | Asset #7 | UPS/ BAYVIEW CONSTRUCTION CORPORATION | REFUND OF UNUSED ADJUSTMENT CREDIT | 1229-000 | 5.75 | | 447.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 437.12 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 427.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 417.12 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 407.12 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 397.12 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 387.12 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 377.12 |
| 02/10/14 | Asset #14 | JOMAR PROPERTIES, LLC/ BAYVIEW CONSTRUCTION CORPORATION | PAY'T PER ECF#100 DATED 2-25-2014 ( JUDGMENT & BREACH OF CONTRACT ) | 1229-000 | 12,000.00 | | 12,377.12 |
| 02/18/14 | Asset #15 | COMPLETE ELECTRIC, INC/ BAYVIEW CONSTRUCTION CORPORATION | PAY'T PER ECF#109 DATED 4-2-2014 ( PREFERENCE PAYMENT ) | 1241-000 | 9,000.00 | | 21,377.12 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 21,362.96 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.70 | 21,333.26 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.73 | 21,300.53 |
| 05/16/14 | Asset #9 | PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY | PAY'T PER ECF#114 DATED 5-16-2014 (FOR "SPS" SETTLEMENT) | 1121-000 | 20,000.00 | | 41,300.53 |
| 05/21/14 | Asset #9 | AUTO OWNERS INSURANCE | PAY'T PER ECF#114 DATED 5-16-2014 (FOR "SUOJANEN ENTERPRISES, INC.SETTLEMENT) | 1121-000 | 7,500.00 | | 48,800.53 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.06 | 48,756.47 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9066 - Checking Account |
| **Taxpayer ID#:** | **-***9204 | | Blanket Bond: | $84,082,000.00 (per case limit) |
| **Period Ending:** | 01/09/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/24/14 | Asset #19 | COMPLETE COOLING & HEATING SERVICES, INC | Acct #2; Payment #1; Acct #2; Payment #1; PAY'T PER ECF#125 DATED 6-23-2014 ( PREFERENCE) OVERPAID BY $52.48. REFUNDED SEE CK#101 | 1241-000 | 3,352.48 | | 52,108.95 |
| 06/25/14 | Asset #9 | ACCEPTANCE INDEMNITY INSURANCE COMPANY | PAY'T PER ECF#114 DATED 4-29-2014 (CAUSE OF ACTION-BALANCED AIR) | 1121-000 | 10,000.00 | | 62,108.95 |
| 06/25/14 | Asset #9 | ZIMMERMAN, KISER & SUTCLIFFE, PA | PAY'T PER ECF#114 DATED 4-29-2014 (CAUSE OF ACTION) | 1121-000 | 120,000.00 | | 182,108.95 |
| 06/25/14 | Asset #9 | 1ST UNITED BANK | PAY'T PER ECF#114 DATED 4-29-2014 (CAUSE OF ACTION) | 1121-000 | 262,000.00 | | 444,108.95 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.86 | 444,003.09 |
| 07/03/14 | 101 | COMPLETE COOLING AND HEATING SERVICES, INC. | PAY'T PER ECF#128 DATED 6-24-2014 ( REFUND OF OVERPAYMENT) | 1290-002 | -52.48 | | 443,950.61 |
| 07/07/14 | Asset #18 | METRO FIRE SPRINKLER SERVICES, INC | Acct #1; Payment #1: PAY'T PER ECF#121 DATED 6-13-2014 ( PREFERENCE) | 1241-000 | 3,000.00 | | 446,950.61 |
| 07/11/14 | 102 | DERREVERE HAWKES BLACK & COZAD | PAY'T PER ECF#114 DATED 4-29-2014 (SPECIAL COUNSEL FEES & EXPENSES- 10% CONTINGENCY) | | | 44,266.92 | 402,683.69 |
| 07/11/14 | | DERREVERE HAWKES BLACK & COZAD | | 2,366.92 | 3210-000 | | 402,683.69 |
| 07/11/14 | | DERREVERE HAWKES BLACK & COZAD | | 41,900.00 | 3210-000 | | 402,683.69 |
| 07/11/14 | 103 | CLASSIC FLOORS FERRAZANO | SETTLEMENT IN FULL PER ECF#114 DATED 4-29-2014 | 4210-000 | | 55,000.00 | 347,683.69 |
| 07/11/14 | 104 | BALANCED AIR, INC. | SETTLEMENT IN FULL PER ECF#114 DATED 4-29-2014 | 4210-000 | | 27,500.00 | 320,183.69 |
| 07/11/14 | 105 | TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | SETTLEMENT IN FULL PER ECF#114 DATED 4-29-2014 | 4210-000 | | 137,334.00 | 182,849.69 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 571.69 | 182,278.00 |

Page: 3

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9066 - Checking Account |
| Taxpayer ID#: | **-***9204 | | Blanket Bond: | $84,082,000.00 (per case limit) |
| Period Ending: | 01/09/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/14 | Asset #16 | V.M. IRON WORK & STRUCTURAL STEEL CORP. | Acct #3; Payment #1; PAY'T PER ECF#133 DATED 08/04/14 ( ADVERSARY 14-01223) | 1241-000 | 2,400.00 | | 184,678.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.87 | 184,422.13 |
| 09/08/14 | Asset #16 | V.M.IRON WORK AND STRUCTURAL STEEL CORP | Acct #3; Payment #2; PAY'T PER ECF#133 DATED 08/04/14 ( ADVERSARY 14-01223) | 1241-000 | 2,400.00 | | 186,822.13 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.36 | 186,536.77 |
| 10/09/14 | 106 | BUILDERS INSULATION OF FLORIDA, LLC | PAY'T PER FINAL JGT IN GARNISHMENT, PASCO CTY CIRCUIT COURT, CAF #08CA01150XXXXES(51)J4 (BUILDERS INSULATION V. TURNER WALL SYSTEMS) AND ORDER [ECF#114] DATED 04/29/14 | 4210-000 | | 20,000.00 | 166,536.77 |
| 10/21/14 | Asset #16 | V.M.IRON WORK AND STRUCTURAL STEEL CORP | Acct #3; Payment #3; PAY'T PER ECF#133 DATED 08/04/14 ( ADVERSARY 14-01223) | 1241-000 | 2,400.00 | | 168,936.77 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.28 | 168,658.49 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.04 | 168,433.45 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 274.57 | 168,158.88 |
| 01/13/15 | Asset #20 | STATE OF FLORIDA DEPARTMENT OF FINANCIAL SERVICES | REFUND OF OVERPAYMENT VIA ADP FOR PERIODS 01/01/12-03/31/12 | 1229-000 | 116.99 | | 168,275.87 |
| 01/27/15 | Asset #12 | IMS / American LLC | PAY'T PER ECF#145 DATED 1-22-2015 (SETTLES ADV #14-01139-EPK)       ) | 1241-000 | 6,500.00 | | 174,775.87 |
| 01/30/15 | Asset #17 | COASTAL LAND DEVELOPMENT OF MARTIN COUNTY, INC | PAY'T PER ECF#144 DATED 1-22-2015 (SETTLEMENT OF ADV #14-01224-EPK) | 1241-000 | 6,500.00 | | 181,275.87 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.58 | 181,033.29 |
| 02/24/15 | Asset #5 | TGSV ENTERPRISES, INC | ACCOUNTS RECEIVABLE | 1121-000 | 4,738.72 | | 185,772.01 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.54 | 185,529.47 |
| 03/03/15 | Asset #8 | JON D. DERREVER, P.A. | PAY'T PER ECF#41 DATED 3-31-2015 (ADV CASE #13-01750-EPK)           ) | 1121-000 | 1,206,499.00 | | 1,392,028.47 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| Taxpayer ID#: | **-***9204 | Blanket Bond: | $84,082,000.00 (per case limit) |
| Period Ending: | 01/09/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,846.48 | 1,390,181.99 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,999.57 | 1,388,182.42 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,930.14 | 1,386,252.28 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,126.85 | 1,384,125.43 |
| 07/10/15 | 107 | PNC BANK | PAY'T PER ECF#184 DATED 6-23-2015 (SECURED PORTION OF CLAIM 1) | 4110-000 | | 700,000.00 | 684,125.43 |
| 07/28/15 | 108 | DERREVERE HAWKES BLACK & COZAD | PAY'T PER ECF#191 DATED 7-13-2015 (INTERIM DISTRIBUTION OF FEES & COSTS) | | | 128,269.59 | 555,855.84 |
| 07/28/15 | | DERREVERE HAWKES BLACK & COZAD | 1,587.20 | 3210-000 | | | 555,855.84 |
| 07/28/15 | | DERREVERE HAWKES BLACK & COZAD | 126,682.39 | 3210-000 | | | 555,855.84 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,587.36 | 554,268.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 789.11 | 553,479.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 849.24 | 552,630.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 794.87 | 551,835.26 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 767.27 | 551,067.99 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 871.96 | 550,196.03 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 762.97 | 549,433.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 761.85 | 548,671.21 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 865.83 | 547,805.38 |
| 04/05/16 | 109 | MATRIX MEDIATION LLC | PAY'T PER ECF#207 DATED 3-22-2016 (FOR EXPERT WITNESS) | 3721-000 | | 950.00 | 546,855.38 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 758.77 | 546,096.61 |

Page: 5

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9066 - Checking Account |
| Taxpayer ID#: | **-***9204 | | Blanket Bond: | $84,082,000.00 (per case limit) |
| Period Ending: | 01/09/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 757.22 | 545,339.39 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 860.58 | 544,478.81 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 754.98 | 543,723.83 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 857.92 | 542,865.91 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 778.70 | 542,087.21 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 751.66 | 541,335.55 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 828.34 | 540,507.21 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 775.31 | 539,731.90 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 827.93 | 538,903.97 |
| 02/07/17 | Asset #8 | JOMAR PROPERTIES LLC | PAY'T PER ECF#225 DATED 2-1-2017 (SETTLEMENT) | 1121-000 | 62,500.00 | | 601,403.97 |
| 02/17/17 | 110 | DERREVERE HAWKES BLACK & COZAD | PAY'T PER ECF#100 DATED 2-25-2014 ( SPECIAL COUNSEL CONTINGENCY FEE) ) | 3210-000 | | 1,800.00 | 599,603.97 |
| 02/28/17 | 111 | BURLINGTON & ROCKENBACH, P.A. | PAY'T PER ECF#247 DATED 2-23-2017 (STATE COURT EXPERT) | 2990-000 | | 7,000.00 | 592,603.97 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 783.39 | 591,820.58 |
| 05/11/17 | 112 | AUTO-OWNERS INSURANCE COMPANY | Dividend paid 100.00% on $19,701.21; Claim# G; Filed: $19,701.21; Reference: 22074 | 4220-000 | | 19,701.21 | 572,119.37 |
| 05/11/17 | 113 | Michael R. Bakst, Trustee | Dividend paid 100.00% on $75,489.05, Trustee Compensation;  Reference: 29110.0213-NO WIP | 2100-000 | | 75,489.05 | 496,630.32 |
| 05/11/17 | 114 | Michael R. Bakst, Trustee | Dividend paid 100.00% on $1,875.18, Trustee Expenses;  Reference: 29110.0213-NO WIP | 2200-000 | | 1,875.18 | 494,755.14 |
| 05/11/17 | 115 | GREENSPOON MARDER, P.A. | Dividend paid 100.00% on $330,782.00, Attorney for Trustee Fees (Trustee Firm); Reference: 29511.0188 | 3110-000 | | 330,782.00 | 163,973.14 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| **Taxpayer ID#:** | **-***9204 | Blanket Bond: | $84,082,000.00 (per case limit) |
| **Period Ending:** | 01/09/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/17 | 116 | GREENSPOON MARDER, P.A. | Dividend paid 100.00% on $7,674.04, Attorney for Trustee Expenses (Trustee Firm); Reference: 29511.0188 | 3120-000 | | 7,674.04 | 156,299.10 |
| 05/11/17 | 117 | DERREVERE HAWKES BLACK & COZAD | Dividend paid 100.00% on $180,974.85, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 54,292.46 | 102,006.64 |
| 05/11/17 | 118 | MARCUM, LLP | Dividend paid 100.00% on $67,866.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 67,866.50 | 34,140.14 |
| 05/11/17 | 119 | MARCUM, LLP | Dividend paid 100.00% on $341.29, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 341.29 | 33,798.85 |
| 05/11/17 | 120 | PNC BANK, N.A. | Dividend paid 3.26% on $345,648.99; Claim# 1U; Filed: $1,045,648.99; Reference: | 7100-000 | | 11,300.65 | 22,498.20 |
| 05/11/17 | 121 | CUSTOM WELDING DIVERSIFIED, INC | Dividend paid 3.26% on $10,817.20; Claim# 2U; Filed: $10,817.20; Reference: | 7100-000 | | 353.66 | 22,144.54 |
| 05/11/17 | 122 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | Dividend paid 3.26% on $42,650.79; Claim# 5; Filed: $42,650.79; Reference: 1003 | 7100-900 | | 1,394.42 | 20,750.12 |
| 05/11/17 | 123 | GUY DOCKERILL'S FLOOR EXPERTS | Dividend paid 3.26% on $11,572.48; Claim# 6U; Filed: $11,572.48; Reference: | 7100-000 | | 378.35 | 20,371.77 |
| 05/11/17 | 124 | RICHMAN GREER, PA | Dividend paid 3.26% on $11,605.25; Claim# 14; Filed: $11,605.25; Reference: 8743 | 7100-000 | | 379.42 | 19,992.35 |
| 05/11/17 | 125 | JOMAR PROPERTIES, LLC | Dividend paid 3.26% on $1,000.00; Claim# 18; Filed: $1,000.00; Reference: | 7100-000 | | 32.69 | 19,959.66 |
| 05/11/17 | 126 | STUART PAINT & SUPPLY, INC | Dividend paid 3.26% on $119,651.20; Claim# 21; Filed: $119,651.20; Reference: | 7100-000 | | 3,911.88 | 16,047.78 |
| 05/11/17 | 127 | EQUITY TRUST COMPANY, CUSTODIAN FBO #Z153642 | Dividend paid 3.26% on $35,619.09; Claim# 22; Filed: $35,619.09; Reference:;   Stopped on 08/14/2017 | 7100-000 | | 1,164.53 | 14,883.25 |
| 05/11/17 | 128 | SUNCOAST STONE, INC. | Dividend paid 3.26% on $1,850.00; Claim# X2; Filed: $1,850.00; Reference: 9157 | 7100-000 | | 60.48 | 14,822.77 |

Page: 7

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9066 - Checking Account |
| Taxpayer ID#: | **-***9204 | Blanket Bond: | $84,082,000.00 (per case limit) |
| Period Ending: | 01/09/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/17 | 129 | SUNCOAST STONE, INC. | Dividend paid   3.26% on $9,226.49; Claim# X3; Filed: $9,226.49; Reference: 9157 | 7100-000 | | 301.65 | 14,521.12 |
| 05/11/17 | 130 | THE TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | Dividend paid   3.26% on $444,152.44; Claim# 7-3U; Filed: $444,152.44; Reference: | 7100-000 | | 14,521.12 | 0.00 |
| 08/14/17 | 127 | EQUITY TRUST COMPANY, CUSTODIAN FBO #Z153642 | Dividend paid   3.26% on $35,619.09; Claim# 22; Filed: $35,619.09; Reference:;   Stopped: Check issued on 05/11/2017 | 7100-000 | | -1,164.53 | 1,164.53 |
| 08/21/17 | 131 | EQUITY TRUST COMPANY, CUSTODIAN FBO #Z153642 | TO REPLACE CK# 127 ISSUED ON 5-11-2017 -Dividend paid   3.26% on $35,619.09; Claim# 22; Filed: $35,619.09; Reference:;    Stopped on 10/09/2017 | 7100-000 | | 1,164.53 | 0.00 |
| 09/28/17 | | Signature Bank | Account Closeout Transfer Adjustment | 9999-000 | | 1,164.53 | -1,164.53 |
| 10/09/17 | 131 | EQUITY TRUST COMPANY, CUSTODIAN FBO #Z153642 | TO REPLACE CK# 127 ISSUED ON 5-11-2017 -Dividend paid   3.26% on $35,619.09; Claim# 22; Filed: $35,619.09; Reference:;    Stopped: Check issued on 08/21/2017 | 7100-000 | | -1,164.53 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 1,741,301.83 | 1,741,301.83 |
| Less: Bank Transfers | 0.00 | 1,164.53 |
| **Subtotal** | 1,741,301.83 | 1,740,137.30 |
| Less: Payment to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$1,741,301.83** | **$1,740,137.30** |

$0.00

Page: 8

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 13-23576 EPK | Trustee: | Michael R. Bakst, Trustee |
| --- | --- | --- | --- |
| Case Name: | BAYVIEW CONSTRUCTION CORPORATION | Bank Name: | Signature Bank |
| | | Account: | ******6203 - Checking |
| Taxpayer ID#: | **-***9204 | Blanket Bond: | $84,082,000.00 (per case limit) |
| Period Ending: | 01/09/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/17 | | Signature Bank | Wire Transfer by Michael Bakst for the bankruptcy estate. Account Opening Deposit Adjustment (Represented by Check #127 not being presented to the bank for payment) | 9999-000 | 1,164.53 | | 1,164.53 |
| 10/31/17 | 1001 | CLERK, UNITED STATES COURT | UNCLAIMED FUNDS: CLAIMANT NO: 22 | 7100-001 | | 1,164.53 | 0.00 |

|  | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 1,164.53 | 1,164.53 | $0.00 |
| Less: Bank Transfers | | 1,164.53 | 0.00 | |
| **Subtotal** | | 0.00 | 1,164.53 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$1,164.53** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******6203 | 0.00 | 1,164.53 | 0.00 |
| Checking # ******9066 | 1,741,301.83 | 1,740,137.30 | 0.00 |
| | $1,741,301.83 | $1,741,301.83 | $0.00 |